Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA  92108
P: 866-219-3343

*Attorneys for Plaintiff
and The Putative Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTIN SHAMMAM, individually and on behalf of all others,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE CORPORATION,<br><br>Defendant. | Case No. 3:24-cv-00648-H-VET<br><br>**NOTICE OF SETTLEMENT AS TO PLAINTIFF'S CLAIMS** |

TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

Plaintiff Quintin Shammam ("Plaintiff") hereby notifies the Court that Plaintiff and American Honda Finance Corporation ("Honda") have reached a settlement in principle resolving all Plaintiff's claims in this action, on an individual basis.

Plaintiff and Honda will be preparing a written settlement agreement and related documents. Plaintiff respectfully requests that the Court vacate all pending deadlines and hearings, as it relates to Plaintiff and his claims and allow sufficient time to complete the settlement documentation and submit a stipulation of dismissal, as to Plaintiff's claims.  Please note, a cross-complaint involving third parties ILS Labs, Inc. and Danny Barka, an individual, remain pending, which Defendant will need to address with the Court, as that matter is stayed pending resolution through arbitration.

Respectfully submitted,

**SWIGART LAW GROUP, APC**

Date:  December 2, 2025         By: *s/ Joshua Swigart*
                                    Joshua B. Swigart
                                    Josh@SwigartLawGroup.com
                                    Attorneys for Plaintiff